FILED IN
Court of Appeals

FEB 1 2 2015

Lisa Matz
Clerk, 5th District

CAUSE NO. 296-01024-2014

## IN THE 5TH DISTRICT COURT OF APPEALS

### CASE NO. 15-14-01585-CV

FILED
15 FEB 12 PM 3:00
ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

| | |
|---|---|
| SUSAN ANN FISHER,<br>  Plaintiff | IN THE DISTRICT COURT OF |
| v. | |
| MEDICAL CENTER OF PLANO,<br>ALIREZA ZAFARMAN ATEF, MD.,<br>SALMAN WAHEED, MD, RAY J.<br>DELGADILLO, RT, ANNE W.<br>HANDLEY, RN, CYNTHIA CARTER,<br>RN, AND MICHAEL ALLEN, RT.,<br>  Defendants, | COLLIN COUNTY, TEXAS<br><br><br>296TH JUDICIAL DISTRICT |

February 10, 2015

### PLAINTIFF'S REQUEST FOR
### DOCUMENTS TO BE INCLUDED IN CLERK'S RECORD

TO: Sandra Hill, Deputy
Clerk of the 296th Court of Collin County, Texas

Andrea Stroh Thompson, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320
Fax no. 972-547-5732

FROM: Susan Ann Fisher
  Pro Se Plaintiff

RE: Plaintiffs' request for documents to be included in the clerks' record for Susan Ann Fisher v. Medical Center of Plano, et. al., cause number 296-01024-2014, in the 296th Court of Collin County, Texas.

Plaintiff, Susan Ann Fisher, is appealing this case to the Fifth Court of Appeals. The trial court signed the final judgment in this case for Medical Center of Plano, Cynthia Carter, R.N., Anne W. Handley, R.N., and Ray J. Delgadillo, R.T., on _11-14 ¥ 21-.14_ Plaintiff filed a notice of appeal on *_12 - 19-14_, and has until March 21, 2015, to pay the clerk's fees. See Exhibit A herein attached and referenced.    *¥ 12-03-14

Plaintiff requests that the following documents be included in the clerk's record, as required by Texas Rule of Appellate Procedure 34.5(a):

1. Plaintiff's petitions, dated:  3-17-14

2. Defendants' answers, dated:  4-11-14, 5-14-14, ~~7-11~~ 7-11-14, 9-25-1(

3. The courts' judgments and orders, dated:  8-22-14, 10-14-14, 11-06-14, 11-07-14, 11-12-14, 11-14-14, 1-7-15, 10-17-14,

4. All post-trial motions, along with the courts' orders on the motions. 6-25-14, 7-22-14 7-28-14, 8-13-14, 9-12-14, 9-26-14, 10-13, 22-14, 11-6-14

5. Plaintiff's and Defendants' bills of exceptions, dated: ~~11-12~~ 11-12-14, 8-15-14, 11-7-14, 11-12-14, | 11-5-14, 11-7-14, 11-17-1  7-11-14

6. Plaintiffs' Notices of Appeal, dated:  10-27-14, 11-6-14, 11-7-14, 11-10-14, 11-17-14, 11-20-14   1-21-15, ~~11-14~~  1-23-15,

7. Plaintiffs' request for preparation of the reporters' record, dated:  12-3-14  11-26-14, 1-23-15, 12-19-14, 11-6-14    12-4-14    3-27-15

8. Plaintiffs' statement of issues to be presented on appeal, filed with her request for preparation of the reporters' record, dated:   8-22-1    10-14-1    1-23    12-19-14  11-12-14

9. Plaintiffs' request for preparation of the clerks' record, dated:  1-23-15, 11-10-14, 11-6-14    12-29-14, 1-7-1:    1-22-15, 1-23-1

10. The courts' docket sheet.   in its entirity, please .    1-26-15

11. The certified bill of costs.   entirely

12. All courts' charges and verdicts. *entirely v including notes filed from court hearings, please.*

13. All requests for findings of fact and conclusions of law. *10-23-14, etc.*

14. The courts' findings of fact and conclusions of law. *10-23-14 8-13-14, 10-17-14, 11-7-14*

15. Defendants' motion for summary judgement, dated: *7-28-14, 8-13-14, 8-15-14, 9-26-14, 10-20-14, 11-05-14, 11-4-14, 11-5-14, 11-7-14, 11-12-14*

16. Plaintiffs' response to Defendants' motion for summary judgment, dated: *10-14-14, 10-22-14, 10-23-14, 11-06-14, 11-07-14, 11-12-14, 12-1-14*

17. The following pretrial motions and the courts' orders on the motions: *All motions v orders, etc.* *1-21-15, 1-23-15*

18. The following requests for discovery and responses and objections to the requests: *Supplemental.*

19. All exhibits and materials given to the judge in hearings filed from the court recorder. TRAP 34.5(a)(13); (b)(1);(h). *Hearings on Aug 13, Oct 14, Nov. 6, v Nov. 12, 2014.*

20. All materials listed in the attached and hereby referenced Exhibit B. *All materials listed on the attached including but not limited to dates*

21. All materials related to this case filed or pending: *10-28-14, 10-29-14, All Letters, including, citations v misc. events, including 3-17-14, 3-18-14, 4-28-14, 5-2-14, 6-23-14, 6-24-14, 8-12-14, 8-13-14 9-12-14, 9-15-14, 9-19-14, 10-23-14, 11-5-14, 11-6-14, 11-7-14, 11-10-14, 11-12-14, 11-17-14, 11-18-14, 11-20-14, 12-2-14, 12-3-14 (05), 12-19-14, 12-23-14, 1-7-15, 1-9-15, 1-13-15 Citation v Subpoena, 1-20-15, 1-22-15, 1-26-15, 2-4-15, 2-9-15* *3-17-14 to 3-27-15 v anything registered thereafter as obtained, please.*

Respectfully submitted,

By: Susan Ann Fisher
P.O. Box 460461
Garland, TX  75046
214-730-2578
susanfisher972@yahoo.com

# EXHIBIT

# A

Order entered January 29, 2015.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01585-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, CYNTHIA CARTER, ANN W. HANDLEY, R.N. AND RAY J. DELGADILLO, R.T., Appellees

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01024-2014

## ORDER

Before the Court is appellant's January 21, 2015, motion to extend time to file the clerk's and reporter's records. Because the Court received notice regarding the motion for new trial, the deadlines for filing the clerk's and reporter's records were reset and those records are currently due on March 21, 2015. Accordingly, we **DENY** appellant's January 21, 2015, motion to extend the deadlines for filing the clerk's and reporter's records as moot.

/s/    CRAIG STODDART
        JUSTICE

CAUSE NO. 296-01024-2014

Susan Ann Fisher,
     Plaintiff

IN THE DISTRICT COURT OF

v.

Medical Center of Plano,
Alireza Zafarmand Atef, MD,
Salman Waheed, MD, Ray J.
Delgadillo, RT, Anne W.
Handley, RN, Cynthia Carter,
RN, & Michael allen, RT,
     Defendants

COLLIN COUNTY, TEXAS

296TH JUDICIAL DISTRICT

December 18, 2014

NOTICE OF APPEAL

The plaintiff, Susan Ann Fisher, desires to appeal to the 5th Court of Appeals, the dismissal of her case by order signed on November 14 for Cynthia Carter, RN and the order signed on November 21, 2014 for Medical Center of Plano, Anne W. Handley, RN, Ray J. Delgadillo, RT, and Michael Allen, RT.

The plaintiff has timely served this notice in the form of an amendment to the notice of appeal for two other defendants to the same cause, Alireza Zafarmand Atef, MD and Salman Waheed, MD. Though the amendment wss filed timely, the defendants representatives have wrongly contested this legal right to an appeal of this case to the honorable 5th court of appeals. Therefore, the plaintiff asks for the discretion of the court in allowing this case to be kept on the docket and for the processing of her appeal, whether by amendment or by a separate trial. The plaintiff seeks only to be heard by due process of law and not to be kept from her legal liberties to approach the honorable court with her petition.

The plaintiff thanks the honorable court for their legal expertise in the concerns of this plaintiff who seeks to obtain a jury of her peers to make known the plight of her parent who was given a breathing depressant when he had double pneumonia. Many have suffered such treatment and the plaintiff seeks to rectify this policy so that lives will be saved by the amending of policies in healthcare to prohibit this lethal use of medicine for those who have respiratory related diseases.

The plaintiff asks for this appeal to come before the honorable court and for our lives to be held accountable for by those who may be instrumental in saving them.

Respectfully submitted,

Susan Ann Fisher
Pro Se Plaintiff
P. O. Box 460461
Garland, TX 75046
214-730-2578
Susanfisher972@yahoo.com


SAF

## CERTIFICATE OF SERVICE

I certify that on 12/19/14 , I served a copy of Notice of Appeal

to the entities listed below:

Burford and Ryburn, LLP
500 N. Akard, Suite 100
Dallas, TX 75201
Robert Begert, Attorney for
Alireza Z. Atef and Salman Waheed

Wilson, Elser, Moskowitz, Edelmand & Dicker LLP
901 Main Street, Suite 4800
Dallas, TX 75202
Brenda Damuth, Attorney for
Medical Center of Plano
Cynthia Carter, Anne W. Handley,
Ray J. Delgadillo, et al.

Susan Ann Fisher
Pro Se Plaintiff
P.O. Box 460461
Garland, TX 75046
214-730-2578
susanfisher972@yahoo.com

1

<u>CASE NO. 15-14-01585-CV</u>

IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS

SUSAN ANN FISHER, APPELLANT
V.
MEDICAL CENTER OF PLANO, CYNTHIA CARTER, RN, ANNE W. HANDLEY, RN, AND RAY J.
DELGADILLO, RT

ON APPEAL FROM THE 296TH JUDICIAL DISTRICT COURT
COLLIN COUNTY, TEXAS
TRIAL COURT CAUSE NO. 296-01024-2014

RECEIVED
Court of Appeals

JAN 2 1 2015

Lisa Matz
Clerk, 5th District

<u>AMMENDMENT TO NOTICE OF APPEAL</u>

To clarify matters in this appeal, I amend the 'Notice of Appeal' filed December 19, 2014 to state that this Notice to Appeal is a separate appeal based upon a separate dismissal from the previous dismissal of doctors Atef and Waheed, theirs being case no. 05-14-01441-CV.

This new Notice of Appeal is not an amendment to this previous appeal and, since the appeal is separate, the appelant asks for a review of her case based on its own merits. If the case should be reviewed and an opinion granted in the appelants favor, then the other case may be reheard, as it was a part of the original petition.

Thank you for your consideration in this appeal.

1

Susan Ann Fisher
Pro Se Plaintiff
susanfisher972@yahoo.com
P. O. Box 460461
Garland, TX 75046
214-730-2578

## CERTIFICATE OF SERVICE

I certify that on January 19, 2015, I served a copy of 'Amended Notice of Appeal' and 'Plaintiff's Motion To Retain' to the entities listed below:


Burford and Ryburn, LLP
500 N. Akard, Suite 100
Dallas, TX 75201
Robert Begert, Attorney for
Alireza Z. Atef and Salman Waheed

Wilson, Elser, Moskowitz, Edelmand & Dicker LLP
901 Main Street, Suite 4800
Dallas, TX 75202
Brenda Damuth, Attorney for
Medical Center of Plano
Cynthia Carter, Anne W. Handley,
Ray J. Delgadillo

Collin County Clerk's Office
296th District Court
P.O. Box 578
McKinney, TX 75070

Susan Ann Fisher
Pro Se Plaintiff
P.O. Box 460461
Garland, TX 75046
214-730-2578
susanfisher972@yahoo.com

1

# EXHIBIT

# B

## Case History

Back

Case Number 296-01024-2014
Date Filed:      03/17/2014
Case Type:    CV - Medical Malpractice
Status:          Pending
Style:           Susan Ann Fisher vs. Medical Center of Plano, Alireza Zafarmand Atef, M.D., Salman Waheed, M.D., Cynthia Carter, RN, Anne W Handley, RN, Michael Allen, RT and Ray J Delgadillo, RT,
JudicialOfficer: Roach, John R., Jr. in 296th District Court

## Parties

| Type | Name | DOB | Address | Attorney |
|------|------|-----|---------|----------|
| Defendant | Allen, Michael | | | Cathy F. Bailey |
| Defendant | Atef, Alireza Zafarmand, M.D. | | | Robert Begert |
| Defendant | Carter, Cynthia, RN | | | Brenda J. Damuth |
| Defendant | Delgadillo, Ray J | | | Brenda J. Damuth |
| Defendant | Handley, Anne W | | | Brenda J. Damuth |
| Defendant | Medical Center of Plano | | | Brenda J. Damuth |
| Defendant | Waheed, Salman, M.D. | | | Robert Begert |
| Plaintiff | Fisher, Gurie Wells, Jr. | | | Pro Se |
| Plaintiff | Fisher, Susan Ann | | | Pro Se |

## Case Events

| Date | Event Type | Comments | Cancelled Reason | Time | Judge |
|------|-----------|----------|------------------|------|-------|
| 03/17/2014 | Plaintiff's Original Petition (OCA) $283.00 | and Request for Disclosures | | | |
| 03/17/2014 | Request for Citation $8.00 | x7 | | | |
| 03/17/2014 | Constable Service Fee #3, $75.00 | x7 | | | |
| 03/18/2014 | Citation | | | | |
| 04/10/2014 | Request for Copies $ | | | | |
| 04/10/2014 | Request for Copies $ | x15 | | | |
| 04/11/2014 | Motion | Defendants Medical Center of Plano, Anne W. Handley, R.N., and Ray J. Delgadillo, R.T.'s Motion to Abate, Special Exceptions, and Answer to Plaintiff's Original Petition | | | |
| 04/28/2014 | Out of County Service Fee | Dallas County Pct. 5 | | | |
| 05/02/2014 | Out of County Service Fee | | | | |

| | | |
|---|---|---|
| 05/14/2014 | Original Answer | Original Answer of Defendants Alireza Zafarmand Atef, M.D. and Salman Waheed, M.D. |
| 06/23/2014 | Request for Citation $8.00 | x1 |
| 06/24/2014 | Request for Citation $8.00 | to Pct.1 |
| 06/24/2014 | Constable Service Fee #1, $75.00 | |
| 06/24/2014 | Citation | |
| 06/24/2014 | Citation | |
| 06/25/2014 | Motion | Plaintiff's Motion to Compel Defendants to Respond to Request for Disclosures |
| 07/11/2014 | Original Answer | Defendant Cynthia Carter, R.N.'s Motion to Abate, Special Exceptions, and Answer to Plaintiff's Original Petition |
| 07/14/2014 | Request for Copies $ | |
| 07/14/2014 | Mailed Copies | |
| 07/22/2014 | Letter | with money order in the amount of $77.00 for a fee on her Motion to Compel. We do not need this fee, so returned her money order. |
| 07/22/2014 | Supplemental | Plaintiff's Motion to Compel Defendants to Resjpond to Request for Disclosures (Supplement to Original Motion filed on 05/22/2014) |
| 07/28/2014 | Motion to Dismiss | Defendants' Motion to Dismiss |
| 08/12/2014 | Correspondence Received by Court | fax/e-mail received by the court |
| 08/13/2014 | Motion To Compel | & Mtn. Dismiss 9:00 AM |
| 08/13/2014 | General Docket Entry | M/Compel. DENIED. OTBFC. |
| 08/15/2014 | Response | Plaintiff's Response and Objections to Defendants' Motion to Dismiss, Special Exceptions and Motion for Summary Judgment |
| 08/20/2014 | Letter | |
| 08/22/2014 | Order | Order Denying Plaintiff's Motion to Compel Defendants to Respond to Request for Disclosures |

| Date | Type | Description | Time |
|------|------|-------------|------|
| 09/12/2014 | Motion to Dismiss | Defendants Alireza Zafarmand Atef, MD and Salman Waheed, MD's Motion to Dismiss | |
| 09/12/2014 | Letter | Letter to Clerk regarding Notice of Hearing | |
| 09/15/2014 | Private Process Service Return | | |
| 09/19/2014 | Letter | to Clerk | |
| 09/25/2014 | Original Answer | Michael Allen, MD's Original Answer and Verified Denial to Plaintiff's Original Petition | |
| 09/26/2014 | Motion to Quash | Michael Allen, MD's Motion to Quash Service of Process | |
| 10/13/2014 | Motion | Plaintiff's Motion to Retain and Response and Objections to Defendants' Motion to Dismiss | |
| 10/13/2014 | Request for Copies $ | | |
| 10/14/2014 | Dismissal Hearing | Mtn. from Def. Waheed & Atef | 9:00 AM |
| 10/14/2014 | Request for Copies $ | | |
| 10/14/2014 | General Docket Entry | M/Dismiss. Granted. OTBFC. | |
| 10/17/2014 | Order | | |
| 10/20/2014 | Amended Motion | Defendants' First Amended Motion to Dismiss | |
| 10/22/2014 | Motion for Continuance | Plaintiff, Susan Ann Fisher's Motion for Continuance | |
| 10/22/2014 | Request for Copies $ | | |
| 10/23/2014 | Letter | for Response | |
| 10/23/2014 | Response | Background and facts | |
| 10/27/2014 | Appeals - Notice Of Appeal | Plaintiff's notice of appeal | |
| 10/28/2014 | Affidavit of Indigency/Inability to Pay | | |
| 10/29/2014 | Indigency Flow Sheet | | |
| 11/04/2014 | Response | Defendants' Response to Plaintiff's Motion for Continuance | |
| 11/05/2014 | Letter | Cover letter regarding Order Granting Second Amended Motion to Dismiss | |

| | | | |
|---|---|---|---|
| 11/05/2014 | Letter | Cover letter regarding Order Denying Motion for Continuance | |
| 11/05/2014 | Amended Motion | Defendant Medical Center of Plano, Cynthia Carter, R.N. Anne W. Handely, R.S., and Ray J. Degadillo, R.T.'s Second Amended Motion to Dismiss | |
| 11/05/2014 | Proposed Order | Order Granting Defendants Medical Center of Plano, Cynthia Carter, R.N., Anne W. Handley, R.N., and Ray J. Degadillo, R.T.'s Second Amended Motion to Dismiss | |
| 11/06/2014 | Motion Continuance | | 9:00 AM |
| 11/06/2014 | General Docket Entry | M/Continuance on M/Dismiss. DENIED. | |
| 11/06/2014 | Amended Motion | Plaintiff, Susan Ann Fishers' Motion for Continuance, Amended | |
| 11/06/2014 | Request for Copies $ | | |
| 11/06/2014 | Appeals - Correspondence | e-filed NOA with the 5th COA & e-mailed to Court Reporter | |
| 11/06/2014 | Letter | Notifying of Physical Home Address | |
| 11/06/2014 | Response | Plaintiff's Response to Defendant's Motion to Dismiss Suit, Motion to Retain Case and Reinstate, and Motion for Bond In Lieu of Expert Reports | |
| 11/06/2014 | Correspondence | | |
| 11/06/2014 | Request for Copies $ | | |
| 11/07/2014 | Appeals - Correspondence | 05-14-01441-CV | |
| 11/07/2014 | Order Denied | Order Denying Plaintiff's Motion for Continuance | |
| 11/07/2014 | Motion | Plantiff's Motion For A Rehearing Of Motion To Continue | |
| 11/07/2014 | Objection | Defendant Cynthia Carter, R.N.'s Objections to the Chapter 74 Report of Gary Glen Clinton, R.N. and Motion to Dismiss and Motion for Attorneys' Fees | |
| 11/07/2014 | Letter | Cover Letter | |
| 11/10/2014 | Appeals - Late Notice Post Card | no payment for Clerk's Record | |

| Date | Entry Type | Description | Time |
|---|---|---|---|
| 11/10/2014 | Appeals - Correspondence | letter of non payment for Clerk's Record: e-filed with the 5th COA & mailed to pro se appellant | |
| 11/10/2014 | Appeals - Correspondence | letter of costs for Clerk's Record: mailed to pro se appellant | |
| 11/10/2014 | Letter | Cover Letter re Second Amended Motion to Dismiss | |
| 11/12/2014 | Dismissal Hearing | Mtn. to dismiss, mtn. for atty fees, obj. to chap. 74 | 9:00 AM |
| 11/12/2014 | Response | Plaintiff, Susan Ann Fisher's, Response and Motion to Retain and Motion for Extention of Time and Objections to Defendant Cynthia Carter RN's Objections to the Chapter 74 Report of Gary Glen Clinton, RN, and Motion to Dismiss and Motion for Attorney's Fees | |
| 11/12/2014 | General Docket Entry | M/Dismiss. Granted. OTBFC. | |
| 11/12/2014 | Letter | Letter forwarding Agreed Order Granting Michael Allen, MD's Mtn to Quash Service of Process | |
| 11/14/2014 | Order Granted | Order Granting Defendant Cynthia Carter, RN's Objections to Plaintiff's Chapter 74 Expert Report and Motion to Dismiss and Motion for Attorneys' Fees | |
| 11/14/2014 | Order Granted | Order Granting Michael Allen M.D.'s Motion to Quash Service of Process | |
| 11/14/2014 | Order of Dismissal - PARTIAL | | |
| 11/17/2014 | Appeals - Clerk's Record Paid $ | | |
| 11/17/2014 | Request for CD Copy $20.00 | | |
| 11/17/2014 | Motion - New Trial - Civil $65.00 | Rehearing | |
| 11/18/2014 | Letter | Letter to the Judge | |
| 11/20/2014 | Letter | | |
| 11/20/2014 | Appeals- Clerk's Record | e-filed with the 5th COA & mailed cd copy to pro se appellant | |
| 11/21/2014 | Order of Dismissal - PARTIAL | | |
| 11/26/2014 | Request | Plaintiff's Request for Preparation of Court Reporter's Record | |

| | | |
|---|---|---|
| 11/26/2014 | Request | Plaintiff's Request to Court Reporter to Make a Full Record and Preserve All Notes |
| 12/01/2014 | Response | Plaintiff's Response to Dismissal and Amendment to the Plaintiff's Motion for a Rehearing/New Trial |
| 12/02/2014 | Correspondence Received by Court | fax/e-mail received by the court |
| 12/03/2014 | Appeals - Notice Of Appeal | Plaintiff's Amendment to Notice of Appeal |
| 12/03/2014 | Certificate | Of Service |
| 12/03/2014 | Request for Copies $ | |
| 12/04/2014 | Appeals - Correspondence | e-filed Amended Notice of Appeal with the 5th COA |
| 12/15/2014 | Response | Plaintiff's Response to Dismissal and Amendment to the Plaintiff's Motion for a Rehearing/New Trial |
| 12/15/2014 | Request for Copies $ | |
| 12/19/2014 | Appeals - Notice Of Appeal | |
| 12/19/2014 | Request for Subpoena $8.00 | (no Date of Appearance; No Time of Appearance--notified Ms. Fisher) |
| 12/19/2014 | Constable Service Fee #3, $75.00 | |
| 12/19/2014 | Request for Copies $ | |
| 12/19/2014 | Appeals - Correspondence | e-filed NOA with the 5th COA & e-mailed to Court Reporter |
| 12/19/2014 | Response | Defendants, Alireza Zafarmand Atef, M.D. and Salman Wadeed, M.D.'s Response to Plaintiff's Motion for a Rehearing/New Trial and Request for Attorney's Fees |
| 12/23/2014 | Request for Citation by Publication $83.00 | (need nature of suit and name of who we are serving) |
| 12/23/2014 | Request for Copies $ | |
| 12/23/2014 | Request for Copies $ | |
| 12/23/2014 | Affidavit | for Citation by Publication |
| 12/29/2014 | Appeals - Correspondence | 05-14-01585-CV |
| 01/07/2015 | Appeals - Judgment And Opinion | Appeal Dismissed-5th COA 05-14-01441-CV |

01/07/2015   Appeals - Cover Letter

01/09/2015   Letter

01/09/2015   Correspondence                    Corrected Subpoena Request
                                               Form from front counter. No fee.

01/09/2015   Correspondence                    Corrected request for Citation by
                                               Publication. No fee.

01/13/2015   Citation                          Citation by Publication

01/13/2015   Subpoena

01/20/2015   Request for Copies $

01/20/2015   Letter                            Letter requesting copies

01/20/2015   Request for Copies $

01/20/2015   Correspondence                    Authorization to Obtain Health
                                               Care Information to Medical
                                               Center of Plano

01/21/2015   Motion                            Defendant Medical Center of
                                               Plano's Motion for Sanctions

01/22/2015   Appeals - Late Notice Post Card   no designation or payment for
                                               Clerk's Record

01/22/2015   Appeals - Correspondence          letter of non payment for Clerk's
                                               Record: e-filed with the 5th COA &
                                               e-mailed to pro se appellant

01/23/2015   Motion                            Plaintiff's Motion to Retain

01/23/2015   Appeals - Request for Clerk's Record

01/23/2015   Appeals - Req for Reporter's Record   Plaintiff's Request for Court
                                                   Reporters' Record

01/23/2015   Appeals - Correspondence          cover letter with request to
                                               Court Reporter

01/23/2015   Appeals - Correspondence          letter with requests and filings
                                               pertaining to Clerk's Record and
                                               Reporter's Record

01/23/2015   Appeals - Correspondence          e-mailed requests to Court
                                               Reporter

01/26/2015   Appeals - Correspondence          letter of costs for Clerk's Record:
                                               e-mailed to pro se appellant

02/04/2015   Letter

02/09/2015   Response                          Response to Proposed Final
                                               Order of Dismissal

02/09/2015 Letter

Letter to Clerk Re Response to
Proposed Final Order of Dismissal

03/27/2015 Motion for Sanctions

9:00 AM

## Financial Summary

Defendant

Charges : $34.00

Payments: $34.00

Balance : $0.00

Defendant

Charges : $12.00

Payments: $12.00

Balance : $0.00

Defendant

Charges : $8.00

Payments: $8.00

Balance : $0.00

Defendant

Charges : $10.00

Payments: $10.00

Balance : $0.00

Plaintiff

Charges : $1,627.00

Payments: $1,627.00

Balance : $0.00

## Transactions

| Payor | Receipt | Date | Description | Amount |
|-------|---------|------|-------------|--------|
| | | 03/17/2014 | Transaction Assessment | $283.00 |
| | | 03/17/2014 | Transaction Assessment | $56.00 |
| | | 03/17/2014 | Transaction Assessment | $525.00 |
| Fisher, Susan Ann | Receipt # DC-19589-2014 | 03/17/2014 | Payment | ($864.00) |
| | | 04/10/2014 | Transaction Assessment | $16.00 |
| | | 04/10/2014 | Transaction Assessment | $15.00 |

| | | | | | |
|---|---|---|---|---|---|
| Fisher, Susan Ann | Receipt # DC-26977-2014 | 04/10/2014 | Payment | ($32.00) | |
| | | 04/11/2014 | Transaction Assessment | $2.00 | |
| Medical Center of Plano | Receipt # DC-27158-2014 | 04/11/2014 | Payment | ($2.00) | |
| | | 05/14/2014 | Transaction Assessment | $2.00 | |
| Atef, Alireza Zafarmand | Receipt # DC-37401-2014 | 05/14/2014 | Payment | ($2.00) | |
| | | 06/23/2014 | Transaction Assessment | $8.00 | |
| Fisher, Susan Ann | Receipt # DC-49877-2014 | 06/23/2014 | Payment | ($8.00) | |
| | | 06/24/2014 | Transaction Assessment | $8.00 | |
| | | 06/24/2014 | Transaction Assessment | $75.00 | |
| Fisher, Susan Ann | Receipt # DC-50030-2014 | 06/24/2014 | Payment | ($83.00) | |
| | | 07/11/2014 | Transaction Assessment | $2.00 | |
| Carter, Cynthia | Receipt # DC-54476-2014 | 07/11/2014 | Payment | ($2.00) | |
| | | 07/14/2014 | Transaction Assessment | $2.00 | |
| Fisher, Susan Ann | Receipt # DC-54914-2014 | 07/14/2014 | Payment | ($2.00) | |
| | | 07/28/2014 | Transaction Assessment | $2.00 | |
| Medical Center of Plano | Receipt # DC-59071-2014 | 07/28/2014 | Payment | ($2.00) | |
| | | 08/20/2014 | Transaction Assessment | $2.00 | |
| Medical Center of Plano | Receipt # DC-65733-2014 | 08/20/2014 | Payment | ($2.00) | |
| | | 08/22/2014 | Transaction Assessment | $2.00 | |
| Medical Center of Plano | Receipt # DC-66507-2014 | 08/22/2014 | Payment | ($2.00) | |
| | | 09/12/2014 | Transaction Assessment | $2.00 | |
| Atef, Alireza Zafarmand | Receipt # DC-71810-2014 | 09/12/2014 | Payment | ($2.00) | |
| | | 09/12/2014 | Transaction Assessment | $2.00 | |
| Atef, Alireza Zafarmand | Receipt # DC-72046-2014 | 09/12/2014 | Payment | ($2.00) | |
| | | 09/23/2014 | Transaction Assessment | $2.00 | |
| Medical Center of Plano | Receipt # DC-74805-2014 | 09/23/2014 | Payment | ($2.00) | |
| | | 09/25/2014 | Transaction Assessment | $2.00 | |

| | | | | |
|---|---|---|---|---|
| Allen, Michael | Receipt # DC-75647-2014 | 09/25/2014 | Payment | ($2.00) |
| | | 09/26/2014 | Transaction Assessment | $2.00 |
| Allen, Michael | Receipt # DC-75830-2014 | 09/26/2014 | Payment | ($2.00) |
| | | 10/14/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-81234-2014 | 10/14/2014 | Payment | ($1.00) |
| | | 10/20/2014 | Transaction Assessment | $2.00 |
| Atef, Alireza Zafarmand | Receipt # DC-83171-2014 | 10/20/2014 | Payment | ($2.00) |
| | | 10/20/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-83614-2014 | 10/20/2014 | Payment | ($2.00) |
| | | 10/22/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-84491-2014 | 10/22/2014 | Payment | ($1.00) |
| | | 11/05/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-88440-2014 | 11/05/2014 | Payment | ($2.00) |
| | | 11/06/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-88742-2014 | 11/06/2014 | Payment | ($2.00) |
| | | 11/06/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-88743-2014 | 11/06/2014 | Payment | ($2.00) |
| | | 11/06/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-88901-2014 | 11/06/2014 | Payment | ($2.00) |
| | | 11/06/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-89010-2014 | 11/06/2014 | Payment | ($1.00) |
| | | 11/06/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-89302-2014 | 11/06/2014 | Payment | ($1.00) |
| | | 11/07/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-89969-2014 | 11/07/2014 | Payment | ($2.00) |
| | | 11/10/2014 | Transaction Assessment | $2.00 |
| Carter, Cynthia | Receipt # DC-90129-2014 | 11/10/2014 | Payment | ($2.00) |

|  |  | 11/10/2014 | Transaction Assessment | $2.00 |
| Carter, Cynthia | Receipt # DC-90170-2014 | 11/10/2014 | Payment | ($2.00) |
|  |  | 11/10/2014 | Transaction Assessment | $2.00 |
| Allen, Michael | Receipt # DC-90250-2014 | 11/10/2014 | Payment | ($2.00) |
|  |  | 11/10/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-90382-2014 | 11/10/2014 | Payment | ($2.00) |
|  |  | 11/12/2014 | Transaction Assessment | $2.00 |
| Allen, Michael | Receipt # DC-91360-2014 | 11/12/2014 | Payment | ($2.00) |
|  |  | 11/14/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-92504-2014 | 11/14/2014 | Payment | ($2.00) |
|  |  | 11/14/2014 | Transaction Assessment | $2.00 |
| Carter, Cynthia | Receipt # DC-92505-2014 | 11/14/2014 | Payment | ($2.00) |
|  |  | 11/14/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-92506-2014 | 11/14/2014 | Payment | ($2.00) |
|  |  | 11/14/2014 | Transaction Assessment | $2.00 |
| Allen, Michael | Receipt # DC-92510-2014 | 11/14/2014 | Payment | ($2.00) |
|  |  | 11/17/2014 | Transaction Assessment | $2.00 |
| Atef, Alireza Zafarmand | Receipt # DC-92923-2014 | 11/17/2014 | Payment | ($2.00) |
|  |  | 11/17/2014 | Transaction Assessment | $376.00 |
|  |  | 11/17/2014 | Transaction Assessment | $20.00 |
| Fisher, Susan Ann | Receipt # DC-93058-2014 | 11/17/2014 | Payment | ($395.00) |
| Fisher, Susan Ann | Receipt # DC-93059-2014 | 11/17/2014 | Payment | ($1.00) |
|  |  | 11/17/2014 | Transaction Assessment | $65.00 |
|  |  | 11/18/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-93248-2014 | 11/18/2014 | Payment | ($2.00) |
|  |  | 11/20/2014 | Transaction Assessment | $2.00 |
| Medical Center of Plano | Receipt # DC-94109-2014 | 11/20/2014 | Payment | ($2.00) |

| | | 11/24/2014 | Transaction Assessment | $2.00 |
|---|---|---|---|---|
| Medical Center of Plano | Receipt # DC-94920-2014 | 11/24/2014 | Payment | ($2.00) |
| Fisher, Susan Ann | Receipt # DC-96828-2014 | 12/01/2014 | Payment | ($65.00) |
| | | 12/03/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-97668-2014 | 12/03/2014 | Payment | ($1.00) |
| | | 12/15/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-101778-2014 | 12/15/2014 | Payment | ($1.00) |
| | | 12/19/2014 | Transaction Assessment | $8.00 |
| | | 12/19/2014 | Transaction Assessment | $75.00 |
| | | 12/19/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-103834-2014 | 12/19/2014 | Payment | ($84.00) |
| | | 12/22/2014 | Transaction Assessment | $2.00 |
| Atef, Alireza Zafarmand | Receipt # DC-103851-2014 | 12/22/2014 | Payment | ($2.00) |
| | | 12/23/2014 | Transaction Assessment | $83.00 |
| | | 12/23/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-104767-2014 | 12/23/2014 | Payment | ($84.00) |
| | | 12/23/2014 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-104774-2014 | 12/23/2014 | Payment | ($1.00) |
| | | 01/20/2015 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-02833-2015 | 01/20/2015 | Payment | ($1.00) |
| | | 01/20/2015 | Transaction Assessment | $1.00 |
| Fisher, Susan Ann | Receipt # DC-02890-2015 | 01/20/2015 | Payment | ($1.00) |